AO91 (Rev. 8/01) Criminal Complaint

United States Magistrate Court
JSH - SDTX
FILED
JUL 3 1 2015   DF
David J. Bradley, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Ramon VALDEZ

CRIMINAL COMPLAINT

Case Number: 5:15mj1102-1

FPD
$ 75,000 C/S; Prelim Hrg at 10 a.m. on
**AUG 14 2015**

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **July 27, 2015** in **Webb** County, in the **Southern** District of **Texas** **Ramon VALDEZ** defendant(s), A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States

in violation of Title(s) **8** United States Code, Section(s) **1326**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Ramon VALDEZ was apprehended near Laredo, Texas. After a brief interview it was determined that, Ramon VALDEZ was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Ramon VALDEZ was previously REMOVED from the United States on March 2, 2006 at San Ysidro, California. There is no record that Ramon VALDEZ has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

_____ /S/ _____
Signature of Complainant

Victor Cardenas
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 31, 2015                                    at    Laredo, Texas
Date                                                    City and State

J. Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer                      Signature of Judicial Officer