AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Ramon Valdez - Bautista | ) Case No. 5:15-mj-1102-1 |
| _____Defendant_____ | ) |
| | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 7/31/15

x Ramon Valdez Bautista
_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

John Gill
_____
*Printed name and bar number of defendant's attorney*

FED ID NO. 1110640
TEXAS STATE BAR NO. 24048133
1202 HOUSTON STREET, LAREDO, TEXAS 78040
_____
*Address of defendant's attorney*

John_Gill@fd.org
_____
*E-mail address of defendant's attorney*

(956) 753-5313
_____
*Telephone number of defendant's attorney*

(956) 753-5317
_____
*FAX number of defendant's attorney*