UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED
AUG 18 2015
David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § | CRIMINAL NO. **L 15-967** |
| **RAMON VALDEZ** | § § | |

## INDICTMENT

**MGM**

**THE GRAND JURY CHARGES THAT:**

On or about July 27, 2015, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**RAMON VALDEZ,**

an alien who had been denied admission, excluded, deported, and removed, and had departed the United States while an order of exclusion, deportation and removal was outstanding, entered, attempted to enter, and was found in the United States, having not obtained the consent of the Attorney General of the United States to reapply for admission into the United States prior to March 1, 2003 and having not obtained consent from the Secretary of the Department of Homeland Security to reapply for admission into the United States on or after March 1, 2003.

In violation of Title 8, United States Code, Section 1326.

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

KENNETH MAGIDSON
UNITED STATES ATTORNEY

MIKE EATON
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

NO. **L 15-967**

___LAREDO___ DIVISION

FILE: 15-18396   15-mj-1102
___INDICTMENT___

Filed: **AUG 18 2015**

Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

VS.

KENNETH MAGIDSON, USA
MIKE EATON, AUSA

**RAMON VALDEZ**

**CHARGE:** Ct. 1:  Illegal entry after deportation [8 USC 1326]

**TOTAL COUNTS:** 1

**PENALTY:** Ct. 1:   8 USC 1326:   0 to 20 Years and/or $250,000.00, $100 Special Assessment, Not More Than a 3 Year Term of Supervised Release

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: