# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | Criminal Action No. L-15-967 |
| RAMON VALDEZ | § | |

### DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT

Pursuant to the Federal Rule of Criminal Procedure 10(b), Defendant, RAMON VALDEZ affirming that s/he has been charged via indictment or misdemeanor information and has received a copy thereof, HEREBY pleads not guilty to the charged contained therein, requests a trial by jury, and waives appearance at the arraignment scheduled in this case for Thursday, August 27, 2015 at 11:00 a.m.

Respectfully submitted, this 25th day of August, 2015

RAMON VALDEZ
Printed Name of Defendant

Ramon Valdez
Signature of Defendant

ARTURO VILLARREAL
Printed Name of Attorney

Attorney for Defendant

### ORDER

Based on the affirmations contained in the Defendant's Written Waiver of Arraignment above, the Court HEREBY:

☐ accepts Defendant's waiver, excuses his attendance at the arraignment scheduled in this case and ORDERS that this case be removed from the list of arraignments scheduled for _____.

☐ rejects the Defendant's waiver and requires him to attend the arraignment scheduled in this case.

DONE at Laredo, Texas, this _____ day of _____, 2015.

GUILLERMO R. GARCIA
United States Magistrate Judge