UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                              Case Number: 5:15−cr−00967

Ramon Valdez

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Marina Garcia Marmolejo

**PLACE:**
Courtroom 2A
United States District Court
1300 Victoria St
Laredo, TX

**DATE:** 1/4/2016

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Sentencing


Date:    December 14, 2015

David J. Bradley, Clerk