

United States District Court
Southern District of Texas
FILED

JAN 04 2016  2A

David J. Bradley, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS | * | |
| | * | CRIMINAL NO. 5:15-CR-967-01 |
| Ramon Valdez | * | |
| | * | |

## NOTICE OF NON-APPEAL

      I am a defendant in this case, and I have now been sentenced.  I know that I have the right to appeal to the Court of Appeals.  I have discussed my case with my attorney and I have decided not to pursue an appeal.

## RENUNCIA A UNA APELACION

      Siendo el acusado en esta causa, he recibido ahora mi sentencia. Yo se bien que tengo el derecho de apelar esta sentencia a un Tribunal de Apelaciones y lo he discutido con mi abogado.  Sin embargo, he decidido no proceder con una apelacion.

_1/4/2016_
Date

_Ramon Valdez_
Defendant

_Art Villarreal_
Attorney Arturo Villarreal