United States District Court
Southern District of Texas
**ENTERED**
January 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § § | **CASE NO. L-15-CR-967-1** |
| **RAMON VALDEZ** | § § § | |

### ORDER

No objection has been received to the Report and Recommendation filed by United States Magistrate Judge Diana Song Quiroga, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 4th day of January, 2016.

Marina Garcia Marmolejo
UNITED STATES DISTRICT JUDGE